AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Robert D. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court, S.D.N.Y.<br>300 Quarropas Street<br>White Plains, New York 10601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/03/11-02/06/11 | Grand Cayman, Cayman Islands | Speaker | Speaker/conferee at annual conference on transnational bankruptcy issues (Transportation, Hotel, Food) |
| 2. | Wharton School of Business | 02/18/11 | Philadelphia, PA | Speaker | Speaker at annual conference on bankruptcy issues (Transportation, Food) |
| 3. | American Bankruptcy Institute/University of Texas Law School | 02/24/11-02/25/11 | Las Vegas, NV | Speaker | Speaker at annual conference on bankruptcy valuation issues (Transporation, Hotel, Food) |
| 4. | American Bankruptcy Institute | 04/01/1110 | Washington, DC | Speaker | Speaker/conferee at annual conference on bankruptcy issues (Transporation, Food) |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

| 5. | University of Kentucky Law School | 06/01/11-06/03/11 | Louisville, KY | Speaker | Speaker at annual conference on bankruptcy issues (Transporation, Hotel, Food) |
| 6. | Hudson Valley Bankrputcy Bar Association | 09/08/11-09/09/11 | Hyde Park, NY | Speaker | Speaker at annual consumer bankruptcy law conference (Transportation, Hotel, Food) |
| 7. | American Bankruptcy Institute/Georgetown University Law Center | 09/15/11-/09/16/11 | Washington, DC | Speaker | Speaker at annual "views from the bench" conference on bankruptcy law issues (Transporation, Food) |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sister-in-law | Cash gift | $13,000.00 |
| 2. | Sister-in-law | Cash gift | $13,000.00 |
| 3. | Sister-in-law | Cash gift | $13,000.00 |
| 4. | Sister-in-law | Cash gift | $13,000.00 |
| 5. | -Sister-in-law | Cash gift | $13,000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Account #1 | A | Interest | J | T | | | | | |
| 2. Citibank Accout #2 | A | Interest | J | T | | | | | |
| 3. Access Financial Account #1 | B | Int./Div. | M | T | | | | | |
| 4. Access Financial Account #2 | B | Interest | L | T | | | | | |
| 5. FifthThird Bancorp common | B | Dividend | J | T | | | | | |
| 6. Access Financial Account #3 | B | Interest | K | T | | | | | |
| 7. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 8. US Trust Managed US TCommon Account (no control) | E | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 9. -Amex | | | | | | | | | |
| 10. -Am. Tower | | | | | | | | | |
| 11. -Apache | | | | | | | | | |
| 12. -Avon | | | | | | | | | |
| 13. -Caterpillar | | | | | | | | | |
| 14. -Col. Value & Restr. FD Class Z | | | | | | | | | |
| 15. -Express Scripts | | | | | | | | | |
| 16. -Exxon Mobil | | | | | | | | | |
| 17. -Feeport-McMoran Copper & Gold Com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Mastercard CL A | | | | | | | | | |
| 19.  -Morgan Stanley | | | | | | | | | |
| 20.  -National Oilwell Varco | | | | | | | | | |
| 21.  -Philip Morris Intl | | | | | | | | | |
| 22.  -Qualcomm | | | | | | | | | |
| 23.  -Target | | | | | | | | | |
| 24.  -Union Pac | | | | | | | | | |
| 25.  -AES | | | | | | | | | |
| 26.  -Bally Techs | | | | | | | | | |
| 27.  -Big Lots | | | | | | | | | |
| 28.  -Cameron Intl | | | | | | | | | |
| 29.  -Cimarex Energy | | | | | | | | | |
| 30.  -Dover | | | | | | | | | |
| 31.  -Hospira | | | | | | | | | |
| 32.  -Principal Finl | | | | | | | | | |
| 33.  -Collective Brands | | | | | | | | | |
| 34.  -Columbia Select Small Cap FD CL Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TCF Finl | | | | | | | | | |
| 36. -Siemens AG Sponsored ADR | | | | | | | | | |
| 37. -Thompson Creek Metals | | | | | | | | | |
| 38. -Weatherford Intl | | | | | | | | | |
| 39. -Ishares MSCI Emerging Mkts Index FD | | | | | | | | | |
| 40. -Itau Unibanco Hldg Sponsored ADR | | | | | | | | | |
| 41. -Mobile Telesystems Sponsored ADR | | | | | | | | | |
| 42. -Petroleo Brasileiro Sponsored ADR | | | | | | | | | |
| 43. -Teva Pharmaceutical ADR | | | | | | | | | |
| 44. -Port Auth NY & NJ Cons Bds-OID | | | | | | | | | |
| 45. -Blackrock Muniholdings INSD FD | | | | | | | | | |
| 46. -Columbia NY Inter Muni BD FD CL z | | | | | | | | | |
| 47. -Pimco Commodity Realreturn Strategy FD | | | | | | | | | |
| 48. -Ebay | | | | | | | | | |
| 49. -GSI Comm | | | | | | | | | |
| 50. -Alliance Data Sys | | | | | | | | | |
| 51. -Ferro Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -CTrip Com Intl | | | | | | | | | |
| 53.  -Primerica | | | | | | | | | |
| 54.  -Kraft Foods CL A | | | | | | | | | |
| 55.  -NV Energy | | | | | | | | | |
| 56.  -Insituform Tech. | | | | | | | | | |
| 57.  -Varian Semiconductor | | | | | | | | | |
| 58.  -Allergan | | | | | | | | | |
| 59.  -Noble Corp. | | | | | | | | | |
| 60.  -Caseys Gen Stores | | | | | | | | | |
| 61.  -Manpower Inc. | | | | | | | | | |
| 62.  -Comcast New CL A | | | | | | | | | |
| 63.  -Denbury Res. | | | | | | | | | |
| 64.  -SEI Investments | | | | | | | | | |
| 65.  -Waddell & Reed Finl | | | | | | | | | |
| 66.  -BE Aerospace | | | | | | | | | |
| 67.  -Oracle | | | | | | | | | |
| 68.  -Sina Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -CVS Caremark | | | | | | | | | |
| 70. -Celgene | | | | | | | | | |
| 71. -Pepsico | | | | | | | | | |
| 72. -FEI | | | | | | | | | |
| 73. -Advanced Micro Devices | | | | | | | | | |
| 74. -EMC | | | | | | | | | |
| 75. -Loews Cos. | | | | | | | | | |
| 76. -Amex | | | | | | | | | |
| 77. -Goodyear | | | | | | | | | |
| 78. -DTS | | | | | | | | | |
| 79. -Col Select Large Cap Growth FD CL Z | | | | | | | | | |
| 80. -Vale ADR | | | | | | | | | |
| 81. -Foster Wheeler | | | | | | | | | |
| 82. -Tennant | | | | | | | | | |
| 83. -BofA Tax-Exempt Reserves | | | | | | | | | |
| 84. -Cash | | | | | Distributed (part) | 01/03/11 | J | | |
| 85. -Cash | | | | | Distributed (part) | 01/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cash | | | | | Distributed (part) | 01/31/11 | K | | |
| 87. -Foster Wheeler | | | | | Buy (add'l) | 01/06/11 | J | | |
| 88. -Noble Corp. | | | | | Buy (add'l) | 01/06/11 | J | | |
| 89. -American Tower Corp. | | | | | Buy (add'l) | 01/06/11 | J | | |
| 90. -CVS Caremark Corp. | | | | | Buy (add'l) | 01/06/11 | J | | |
| 91. -Caseys Gen Stores | | | | | Buy (add'l) | 01/06/11 | J | | |
| 92. -CTRIP Com Intl | | | | | Buy (add'l) | 01/06/11 | J | | |
| 93. -JP Morgan Chase | | | | | Buy | 01/06/11 | K | | |
| 94. -Mobile Telesystems ADR | | | | | Buy (add'l) | 01/06/11 | J | | |
| 95. -Morgan Stanley | | | | | Buy (add'l) | 01/06/11 | K | | |
| 96. -Petroleo Brasileiro SA ADR | | | | | Buy (add'l) | 01/06/11 | J | | |
| 97. -Quanta SVCS | | | | | Buy (add'l) | 01/06/11 | J | | |
| 98. -Wells Fargo Com | | | | | Buy (add'l) | 01/06/11 | K | | |
| 99. -Foster Wheeler | | | | | Buy (add'l) | 01/07/11 | J | | |
| 100. -BE Aerospace | | | | | Buy (add'l) | 01/07/11 | J | | |
| 101. -Tennant | | | | | Buy (add'l) | 01/07/11 | J | | |
| 102. -Col. Select Large Cap Growth FD Class Z | | | | | Buy (add'l) | 01/11/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -SPX Corp. | | | | | Buy | 01/12/11 | J | | |
| 104. -PIMCO Commodity RealReturn FD | | | | | Buy (add'l) | 01/12/11 | K | | |
| 105. -Vanguard Intl Equit Index FDS | | | | | Buy | 01/13/11 | L | | |
| 106. -SPX Corp. | | | | | Buy (add'l) | 01/13/11 | J | | |
| 107. -Advanced Micro Devices | | | | | Buy (add'l) | 01/18/11 | J | | |
| 108. -NY St. Dorm. Auth St. Pers. Income Tx Rev. BDS | | | | | Buy | 01/18/11 | M | | |
| 109. -Peabody Energy | | | | | Buy | 01/18/11 | J | | |
| 110. -Parexxel Intl Corp. | | | | | Buy | 01/27/11 | J | | |
| 111. -Parexel Intl Corp. | | | | | Buy | 01/28/11 | J | | |
| 112. -NYSE Euronext | | | | | Buy | 01/31/11 | J | | |
| 113. -Sina Com. | | | | | Sold (part) | 01/06/11 | J | A | |
| 114. -Weatherford Intl | | | | | Sold (part) | 01/06/11 | J | A | |
| 115. -AES Corp | | | | | Sold (part) | 01/06/11 | J | A | |
| 116. -Admanced Micro Devices | | | | | Sold (part) | 01/06/11 | J | A | |
| 117. -Allergan | | | | | Sold (part) | 01/06/11 | J | A | |
| 118. -Alliance Data Sys | | | | | Sold (part) | 01/06/11 | J | A | |
| 119. -Amex | | | | | Sold (part) | 01/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Apache | | | | | Sold (part) | 01/06/11 | J | A | |
| 121. -Avon Prods | | | | | Sold (part) | 01/06/11 | J | | |
| 122. -Bally Technologies | | | | | Sold (part) | 01/06/11 | J | A | |
| 123. -Barnes Grop | | | | | Sold (part) | 01/06/11 | J | A | |
| 124. -BE Aerospace | | | | | Sold (part) | 01/06/11 | J | A | |
| 125. -Big Lots | | | | | Sold (part) | 01/06/11 | J | | |
| 126. -Cameron Intl | | | | | Sold (part) | 01/06/11 | J | A | |
| 127. -Caterpillar | | | | | Sold (part) | 01/06/11 | J | A | |
| 128. -Celgene | | | | | Sold (part) | 01/06/11 | J | A | |
| 129. -Cimarex Energy | | | | | Sold (part) | 01/06/11 | J | A | |
| 130. -Comcast | | | | | Sold (part) | 01/06/11 | J | A | |
| 131. -DTS | | | | | Sold (part) | 01/06/11 | J | A | |
| 132. -Denbury Res. | | | | | Sold (part) | 01/06/11 | J | A | |
| 133. -Dover | | | | | Sold (part) | 01/06/11 | J | A | |
| 134. -EMC | | | | | Sold (part) | 01/06/11 | J | A | |
| 135. -EOG Res. | | | | | Sold (part) | 01/06/11 | J | A | |
| 136. -Ebay | | | | | Sold (part) | 01/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Express Scripts | | | | | Sold (part) | 01/06/11 | J | | |
| 138. -Exxon | | | | | Sold (part) | 01/06/11 | J | A | |
| 139. -FEI | | | | | Sold (part) | 01/06/11 | J | A | |
| 140. -Ferro | | | | | Sold (part) | 01/06/11 | J | A | |
| 141. -Feeport-McMoran Copper & Gold | | | | | Sold (part) | 01/06/11 | J | A | |
| 142. -GSI Comm | | | | | Sold (part) | 01/06/11 | J | | |
| 143. -Goodyear | | | | | Sold (part) | 01/06/11 | J | A | |
| 144. -Hospira | | | | | Sold | 01/06/11 | J | A | |
| 145. -Instituform | | | | | Sold (part) | 01/06/11 | J | A | |
| 146. -Itau Unibanco ADR | | | | | Sold (part) | 01/06/11 | J | A | |
| 147. -Kraft Foods | | | | | Sold (part) | 01/06/11 | J | A | |
| 148. -Lowes Cos. | | | | | Sold (part) | 01/06/11 | J | A | |
| 149. -Manpower Inc. | | | | | Sold (part) | 01/06/11 | J | A | |
| 150. -National Oilwell Varco | | | | | Sold (part) | 01/06/11 | J | A | |
| 151. -Oracle | | | | | Sold (part) | 01/06/11 | J | A | |
| 152. -Pepsico | | | | | Sold (part) | 01/06/11 | J | | |
| 153. -Primerica | | | | | Sold (part) | 01/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Principal Fin Grp. | | | | | Sold (part) | 01/06/11 | J | A | |
| 155. -Qualcomm | | | | | Sold (part) | 01/06/11 | J | A | |
| 156. -SEI Invest. | | | | | Sold (part) | 01/06/11 | J | A | |
| 157. -Siemens AG Sponsored ADR | | | | | Sold (part) | 01/06/11 | J | A | |
| 158. -TCF Fin. | | | | | Sold (part) | 01/06/11 | J | A | |
| 159. -Tennant | | | | | Sold (part) | 01/06/11 | J | A | |
| 160. -Teva Parmaceutical ADR | | | | | Sold (part) | 01/06/11 | J | | |
| 161. -Thompson Creek Metals | | | | | Sold (part) | 01/06/11 | J | A | |
| 162. -Ticbo Software | | | | | Sold (part) | 01/06/11 | J | A | |
| 163. -Union Pac. Corp. | | | | | Sold (part) | 01/06/11 | J | A | |
| 164. -Vale SA ADR | | | | | Sold (part) | 01/06/11 | J | A | |
| 165. -Varian Semiconductor | | | | | Sold (part) | 01/06/11 | J | A | |
| 166. -Waddell & Reed Finl | | | | | Sold (part) | 01/06/11 | J | A | |
| 167. -Barnes Grp. | | | | | Sold (part) | 01/07/11 | J | | |
| 168. -Barnes Grp. | | | | | Sold | 01/10/11 | J | A | |
| 169. -Caterpillar | | | | | Sold (part) | 01/12/11 | J | B | |
| 170. -Dover | | | | | Sold (part) | 01/12/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Exxon | | | | | Sold (part) | 01/18/11 | J | C | |
| 172. -Varia Semiconductor | | | | | Sold (part) | 01/18/11 | J | B | |
| 173. -Apache Corp. | | | | | Sold (part) | 01/27/11 | J | A | |
| 174. -Express Scripts | | | | | Sold (part) | 01/27/11 | J | A | |
| 175. -Freeport-McMoran Copper & Gold | | | | | Sold (part) | 01/27/11 | J | A | |
| 176. -Thompson Creek Metals | | | | | Sold (part) | 01/27/11 | J | A | |
| 177. -Primerica | | | | | Sold (part) | 01/31/11 | J | A | |
| 178. -BofA Tax-Exempt Reserves | | | | | Sold (part) | 01/03/11 | J | | |
| 179. -BofA Tax-Exempt Reserves | | | | | Sold (part) | 01/06/11 | L | | |
| 180. -BofA Tax-Exempt Reserves | | | | | Sold (part) | 01/11/11 | L | | |
| 181. -BofA Tax Exempt Reserves | | | | | Sold (part) | 01/12/11 | K | | |
| 182. -BofA Tax Exempt Reserves | | | | | Sold (part) | 01/13/11 | L | | |
| 183. -BofA Tax Exempt Reserves | | | | | Sold (part) | 01/18/11 | M | | |
| 184. -BofA Tax Exempt Reserves | | | | | Sold (part) | 01/21/11 | J | | |
| 185. -BofA Tax Exempt Rerserves | | | | | Sold (part) | 01/31/11 | K | | |
| 186. -Citigroup | | | | | Buy | 02/07/11 | K | | |
| 187. -HDFC Bk | | | | | Buy | 02/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 35

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/15/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Babylon NY Pub Impt BDS | | | | | Buy | 02/16/11 | M | | |
| 189. -NYNY Geo Ref Bds | | | | | Buy | 02/16/11 | M | | |
| 190. -CTrip Com. Intl | | | | | Buy (add'l) | 02/23/11 | J | | |
| 191. --DTS | | | | | Buy (add'l) | 02/28/11 | J | | |
| 192. -North Hempstead NY Pub Impt GO BD | | | | | Buy | 02/28/11 | M | | |
| 193. -Unilever | | | | | Buy | 02/28/11 | J | | |
| 194. -Port Auth NY & NJ Cons. | | | | | Buy | 02/28/11 | M | | |
| 195. -Primerica | | | | | Sold (part) | 02/01/11 | J | A | |
| 196. -Primerica | | | | | Sold | 02/02/11 | J | A | |
| 197. -Principal Fin Grp | | | | | Sold (part) | 02/07/11 | J | A | |
| 198. -Wells Fargo | | | | | Sold | 02/07/11 | K | C | |
| 199. -Waddell & Reed Finl | | | | | Sold (part) | 02/16/11 | J | C | |
| 200. -Col. NY Inter Muni BD FD | | | | | Redeemed | 02/17/11 | M | A | |
| 201. -Big Lots | | | | | Sold (part) | 02/22/11 | J | A | |
| 202. -Big Lots | | | | | Sold | 02/23/11 | J | A | |
| 203. -Alliance Data Sys | | | | | Sold (part) | 02/28/11 | J | A | |
| 204. -Qualcomm | | | | | Sold (part) | 02/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Varian Semiconductor | | | | | Sold (part) | 02/28/11 | J | C | |
| 206. -Comstock Res | | | | | Buy | 03/02/11 | K | | |
| 207. -Medtronic | | | | | Buy | 03/02/11 | K | | |
| 208. -Thermo Fisher Scientific | | | | | Buy | 03/02/11 | K | | |
| 209. -Greenhill & Co. | | | | | Buy | 03/03/11 | J | | |
| 210. -HDFC Bank | | | | | Buy (add'l) | 03/03/11 | J | | |
| 211. -Kraft Foods | | | | | Buy (add'l) | 03/03/11 | J | | |
| 212. -Pepsico | | | | | Buy (add'l) | 03/03/11 | J | | |
| 213. -Progressive Corp. Ohio | | | | | Buy | 03/03/11 | J | | |
| 214. -Unilever | | | | | Buy (add'l) | 03/03/11 | J | | |
| 215. -Greenhill & Co. | | | | | Buy (add'l) | 03/04/11 | J | | |
| 216. -Progressive Corp. Ohio | | | | | Buy (add'l) | 03/04/11 | J | | |
| 217. -CTrip Com | | | | | Buy (add'l) | 03/08/11 | J | | |
| 218. -Whirlpool | | | | | Buy | 03/08/11 | J | | |
| 219. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/18/11 | J | | |
| 220. -Foster Wheeler | | | | | Buy (add'l) | 03/21/11 | J | | |
| 221. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Progressive Corp Ohio | | | | | Buy (add'l) | 03/21/11 | J | | |
| 223. -Whirlpool | | | | | Buy (add'l) | 03/21/11 | J | | |
| 224. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/22/11 | J | | |
| 225. -Central European Media Ent. | | | | | Buy | 03/23/11 | J | | |
| 226. -CTrip | | | | | Buy (add'l) | 03/23/11 | J | | |
| 227. -Isofstone Hldgs ADS | | | | | Buy (add'l) | 03/23/11 | J | | |
| 228. -Central European Media Ent. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 229. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/24/11 | J | | |
| 230. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/25/11 | J | | |
| 231. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/28/11 | J | | |
| 232. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/29/11 | J | | |
| 233. -Itau Unibanco ADR | | | | | Buy (add'l) | 03/29/11 | J | | |
| 234. -Progressive Corp Ohio | | | | | Buy (add'l) | 03/29/11 | J | | |
| 235. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/30/11 | J | | |
| 236. -Isoftstone Hldgs ADS | | | | | Buy (add'l) | 03/31/11 | J | | |
| 237. -Hewlett Packard | | | | | Buy | 03/31/11 | K | | |
| 238. -Noble | | | | | Sold | 03/02/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. –Col. NY Inter Muni BD FD CL Z | | | | | Redeemed | 03/02/11 | M | D | |
| 240. –Allergan | | | | | Sold | 03/02/11 | J | B | |
| 241. –Caterpillar | | | | | Sold | 03/02/11 | K | D | |
| 242. –Denbury Res | | | | | Sold (part) | 03/02/11 | J | B | |
| 243. –Express Scripts | | | | | Sold (part) | 03/02/11 | J | A | |
| 244. –Phillip Morris | | | | | Sold | 03/03/11 | K | D | |
| 245. –Principal Finl Grp | | | | | Sold | 03/03/11 | J | C | |
| 246. –TCF Finl | | | | | Sold (part) | 02/03/11 | J | A | |
| 247. –Waddell & Reed Finl | | | | | Sold (part) | 03/03/11 | J | C | |
| 248. –TCF Finl | | | | | Sold (part) | 03/04/11 | J | A | |
| 249. –Waddell & Reed | | | | | Sold | 03/04/11 | J | C | |
| 250. –Lowes Cos | | | | | Sold | 03/08/11 | K | D | |
| 251. –Varian Semiconductor | | | | | Sold | 03/18/11 | J | C | |
| 252. –Bally Technologies | | | | | Sold (part) | 03/23/11 | J | C | |
| 253. –Bally Technologies | | | | | Sold | 03/24/11 | J | C | |
| 254. –Amex | | | | | Sold (part) | 03/29/11 | J | A | |
| 255. –SEI Inv. | | | | | Sold (part) | 03/29/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Sina Com | | | | | Sold (part) | 03/31/11 | J | D | |
| 257. -GSI Comm | | | | | Sold | 03/31/11 | K | B | |
| 258. -BofA Tax-Exempt Reserves | | | | | Buy (add'l) | 03/02/11 | K | | |
| 259. -BofA Tax-Exempt Reserves | | | | | Buy (add'l) | 03/08/11 | J | | |
| 260. -BofA Tax-Exempt Reserves | | | | | Buy (add'l) | 03/18/11 | J | | |
| 261. -BofA Tax-Exempt Reserves | | | | | Sold (part) | 03/21/11 | J | | |
| 262. -Nielsen Hldgs | | | | | Buy | 04/18/11 | J | | |
| 263. -Google | | | | | Buy | 04/25/11 | K | | |
| 264. -Manpower | | | | | Sold | 04/18/11 | J | C | |
| 265. -Sina Com | | | | | Sold | 04/25/11 | J | D | |
| 266. -HSBC Hldgs ADR | | | | | Buy (add'l) | 05/02/11 | J | | |
| 267. -Central European Medat Ent. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 268. -General Mtrs | | | | | Buy | 05/03/11 | K | | |
| 269. -Teva Pharmaceutical ADR | | | | | Buy (add'l) | 05/03/11 | J | | |
| 270. -Monsanto | | | | | Buy | 05/10/11 | J | | |
| 271. -HSBC Hldgs ADR | | | | | Buy (add'l) | 05/11/11 | J | | |
| 272. -Wells Fargo | | | | | Buy (add'l) | 05/11/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Citigroup | | | | | Buy (add'l) | 05/31/11 | J | | |
| 274. -Greenhill & Co. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 275. -HDFC Bk ADR | | | | | Buy | 05/31/11 | J | | |
| 276. -Amex | | | | | Sold (part) | 05/02/11 | J | A | |
| 277. -TCF Finl | | | | | Sold (part) | 05/02/11 | J | A | |
| 278. -Alliance Data Sys | | | | | Sold (part) | 05/03/11 | J | B | |
| 279. -EMC | | | | | Sold (part) | 05/03/11 | J | B | |
| 280. -Insituform Tech | | | | | Sold | 05/03/11 | J | A | |
| 281. -Tibco Software | | | | | Sold | 05/03/11 | J | D | |
| 282. -Freeport-McMoran Copper & Gold | | | | | Sold | 05/10/11 | J | D | |
| 283. -JP Morgan Chase | | | | | Sold | 05/11/11 | K | B | |
| 284. -TCF Finl | | | | | Sold | 05/31/11 | J | A | |
| 285. -Rovi Corp | | | | | Buy | 06/03/11 | J | | |
| 286. -Weyerhauser | | | | | Buy | 06/13/11 | J | | |
| 287. -Citigroup | | | | | Buy (add'l) | 06/14/11 | J | | |
| 288. -Wells Fargo | | | | | Buy (add'l) | 06/14/11 | J | | |
| 289. -Invesco Ltd | | | | | Buy (add'l) | 06/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Peabody Energy | | | | | Buy (add'l) | 06/27/11 | J | | |
| 291.  -FEI | | | | | Sold (part) | 06/03/11 | J | D | |
| 292.  -Amex | | | | | Sold | 06/13/11 | K | B | |
| 293.  -Pepsico | | | | | Sold (part) | 06/14/11 | J | A | |
| 294.  -NV Energy | | | | | Sold (part) | 06/27/11 | J | A | |
| 295.  -Pepsico | | | | | Sold (part) | 06/27/11 | J | A | |
| 296.  -NV Energy | | | | | Sold | 06/28/11 | J | A | |
| 297.  -Wellpoint | | | | | Buy | 07/14/11 | J | | |
| 298.  -Advanced Micro Devices | | | | | Buy (add'l) | 07/21/11 | J | | |
| 299.  -Google | | | | | Buy (add'l) | 07/21/11 | J | | |
| 300.  -Whirlpool | | | | | Buy (add'l) | 07/26/11 | J | | |
| 301.  -Parexel Intl | | | | | Sold (part) | 07/14/11 | J | A | |
| 302.  -Parexel Intl | | | | | Sold | 07/15/11 | J | A | |
| 303.  -Alliance Data Sys | | | | | Sold (part) | 07/21/11 | J | A | |
| 304.  -Greenhill & Co. | | | | | Sold | 07/21/11 | J | | |
| 305.  -Energizer Hldgs | | | | | Buy | 08/08/11 | J | | |
| 306.  -Skyworks Solutions | | | | | Buy | 08/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Invesco Ltd. | | | | | Buy (add'l) | 08/09/11 | J | | |
| 308. -Ace Ltd. | | | | | Buy | 08/11/11 | J | | |
| 309. -Comcast | | | | | Buy | 08/11/11 | J | | |
| 310. -Intercontinental Exchange | | | | | Buy | 08/11/11 | J | | |
| 311. -Merck | | | | | Buy | 08/11/11 | K | | |
| 312. -Pepsico | | | | | Buy (add'l) | 08/11/11 | J | | |
| 313. -Public Serv. Enterprise | | | | | Buy | 08/12/11 | J | | |
| 314. -Ace Ltd. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 315. -Comcast | | | | | Buy (add'l) | 08/12/11 | J | | |
| 316. -Express Scripts | | | | | Buy (add'l) | 08/12/11 | J | | |
| 317. -Intercontinental Exchange | | | | | Buy (add'l) | 08/12/11 | J | | |
| 318. -Merck | | | | | Buy (add'l) | 08/12/11 | J | | |
| 319. -New Oriental Ed & Tech | | | | | Buy | 08/12/11 | J | | |
| 320. -Principal Fin. Grp | | | | | Buy | 08/12/11 | J | | |
| 321. -Publc Serv. Enterprise | | | | | Buy (add'l) | 08/12/11 | J | | |
| 322. -Merck | | | | | Buy (add'l) | 08/19/11 | J | | |
| 323. -Monsanto | | | | | Buy (add'l) | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Vale ADR | | | | | Buy (add'l) | 08/22/11 | J | | |
| 325. -Foster Wheeler | | | | | Buy (add'l) | 08/23/11 | J | | |
| 326. -Nielsen Hldgs | | | | | Buy (add'l) | 08/23/11 | J | | |
| 327. -Hess | | | | | Buy | 08/23/11 | J | | |
| 328. -Siemens | | | | | Buy (add'l) | 08/23/11 | J | | |
| 329. -EMC | | | | | Buy (add'l) | 08/25/11 | J | | |
| 330. -Google | | | | | Buy (add'l) | 08/25/11 | J | | |
| 331. -Amazon | | | | | Buy | 08/26/11 | K | | |
| 332. -Alliance Data Sys | | | | | Sold | 08/08/11 | J | C | |
| 333. -Avon | | | | | Sold (part) | 08/09/11 | J | A | |
| 334. -HDFC BK | | | | | Sold (part) | 08/09/11 | J | A | |
| 335. -Avon | | | | | Sold | 08/10/11 | J | B | |
| 336. -Central European Media | | | | | Sold (part) | 08/11/11 | J | | |
| 337. -AES | | | | | Sold (part) | 08/11/11 | J | | |
| 338. -CTrip | | | | | Sold (part) | 08/11/11 | J | | |
| 339. -Goodyear | | | | | Sold (part) | 08/11/11 | J | A | |
| 340. -NYSE Euronext | | | | | Sold (part) | 08/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Natl Oilwell | | | | | Sold (part) | 08/11/11 | J | B | |
| 342. -SEI | | | | | Sold (part) | 08/11/11 | J | | |
| 343. -SPX | | | | | Sold (part) | 08/11/11 | J | | |
| 344. -Central European Media | | | | | Sold | 08/12/11 | J | | |
| 345. -Citigroup | | | | | Sold (part) | 08/12/11 | J | | |
| 346. -Comstock Res | | | | | Sold (part) | 08/12/11 | J | | |
| 347. -HSBC Hldgs | | | | | Sold (part) | 08/12/11 | J | | |
| 348. -Kraft Foods | | | | | Sold (part) | 08/12/11 | J | A | |
| 349. -Hospira | | | | | Sold | 08/19/11 | J | C | |
| 350. -Thompson Creek Metals | | | | | Sold | 08/22/11 | J | B | |
| 351. -EOG Res | | | | | Sold | 08/23/11 | J | B | |
| 352. -Quanta Svcs | | | | | Sold | 08/23/11 | J | | |
| 353. -Hewlett Packard | | | | | Sold | 08/25/11 | K | | |
| 354. -General Mtrs | | | | | Sold | 08/26/11 | J | | |
| 355. -Whirlpool | | | | | Sold (part) | 08/26/11 | J | | |
| 356. -PG&E | | | | | Buy | 09/12/11 | J | | |
| 357. -Express Scripts | | | | | Buy (add'l) | 09/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Tyco Intl | | | | | Buy | 09/16/11 | J | | |
| 359. -AT&T | | | | | Buy (add'l) | 09/23/11 | J | | |
| 360. -Baidu Inc. | | | | | Buy | 09/23/11 | J | | |
| 361. -Electronic Arts | | | | | Buy (add'l) | 09/23/11 | J | | |
| 362. -First Rep. Bk San Fran | | | | | Buy | 09/23/11 | J | | |
| 363. -Exxon Mobil | | | | | Buy (add'l) | 09/26/11 | J | | |
| 364. -AT&T | | | | | Buy (add'l) | 09/28/11 | J | | |
| 365. -Electronic Arts | | | | | Buy (add'l) | 09/28/11 | J | | |
| 366. -John Hancock Invt Tr II | | | | | Buy | 09/28/11 | J | | |
| 367. -PG&E | | | | | Buy (add'l) | 09/28/11 | J | | |
| 368. -Whirlpool | | | | | Sold | 09/12/11 | J | | |
| 369. -Isoftstone | | | | | Sold (part) | 09/13/11 | J | | |
| 370. -Isoftstone | | | | | Sold (part) | 09/14/11 | J | | |
| 371. -Isoftsone | | | | | Sold | 08/15/11 | J | | |
| 372. -Foster Wheeler | | | | | Sold | 09/16/11 | K | | |
| 373. -Citigroup | | | | | Sold (part) | 09/23/11 | J | | |
| 374. -DTS | | | | | Sold (part) | 09/23/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -FEI | | | | | Sold (part) | 09/23/11 | J | C | |
| 376. -HSBC Hldgs | | | | | Sold | 09/23/11 | J | | |
| 377. -DTS | | | | | Sold (part) | 09/26/11 | J | | |
| 378. -FEI | | | | | Sold | 09/26/11 | J | A | |
| 379. -Weatherford | | | | | Sold | 09/26/11 | K | | |
| 380. -DTS | | | | | Sold | 09/27/11 | J | | |
| 381. -Mastercard | | | | | Sold (part) | 09/28/11 | J | | |
| 382. -Mobile Telesystems | | | | | Sold | 09/28/11 | J | | |
| 383. -Exxon Mobil | | | | | Buy (add'l) | 10/03/11 | J | | |
| 384. -PG&E | | | | | Buy (add'l) | 10/03/11 | J | | |
| 385. -AT&T | | | | | Buy (add'l) | 10/06/11 | J | | |
| 386. -Home Depot | | | | | Buy | 10/06/11 | J | | |
| 387. -AT&T | | | | | Buy (add'l) | 10/07/11 | J | | |
| 388. -Analog Devices | | | | | Buy | 10/07/11 | J | | |
| 389. -Digital Rlty | | | | | Buy | 10/07/11 | J | | |
| 390. -Fifth Third Bancorp | | | | | Buy | 10/07/11 | J | | |
| 391. -Fiserv | | | | | Buy | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Covidien | | | | | Buy (add'l) | 10/12/11 | J | | |
| 393. -Insulet | | | | | Buy | 10/12/11 | J | | |
| 394. -SLM Corp | | | | | Buy | 10/12/11 | J | | |
| 395. -Humana | | | | | Buy | 10/14/11 | J | | |
| 396. -Pfizer | | | | | Buy | 10/14/11 | J | | |
| 397. -Alkermes PLC | | | | | Buy | 10/18/11 | J | | |
| 398. -Alkermes PLC | | | | | Buy (add'l) | 10/19/11 | J | | |
| 399. -CA Inc. | | | | | Buy | 10/21/11 | J | | |
| 400. -Visa Inc. | | | | | Buy | 10/21/11 | K | | |
| 401. -SLM Corp | | | | | Buy (add'l) | 10/26/11 | J | | |
| 402. -Comstock Res | | | | | Sold (part) | 10/03/11 | J | | |
| 403. -Peabody Energy | | | | | Sold (part) | 10/03/11 | J | | |
| 404. -Petroleo Brasileiro ADR | | | | | Sold | 10/03/11 | K | | |
| 405. -Comstock Res | | | | | Sold | 10/04/11 | J | | |
| 406. -CTrip Com | | | | | Sold | 10/06/11 | K | | |
| 407. -Invesco Ltd. | | | | | Sold (part) | 10/07/11 | J | | |
| 408. -Advanced Micro Devices | | | | | Sold | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Citigroup | | | | | Sold (part) | 10/07/11 | J | | |
| 410. -Ebay | | | | | Sold (part) | 10/07/11 | J | | |
| 411. -HDFC Bk | | | | | Sold (part) | 10/07/11 | J | | |
| 412. -Itau Unibanco Hldg ADR | | | | | Sold (part) | 10/07/11 | J | | |
| 413. -Celgene | | | | | Sold (part) | 10/12/11 | J | A | |
| 414. -Medtronic | | | | | Sold | 10/12/11 | K | | |
| 415. -Thermo Fischer Scientific | | | | | Sold (part) | 10/12/11 | J | | |
| 416. -Teva Phamraceutical ADR | | | | | Sold (part) | 10/14/11 | J | | |
| 417. -Wellpoint | | | | | Sold | 10/14/11 | J | | |
| 418. -Celegene | | | | | Sold (part) | 10/18/11 | J | A | |
| 419. -Dover | | | | | Sold (part) | 10/21/11 | J | B | |
| 420. -Mastercard | | | | | Sold (part) | 10/21/11 | K | D | |
| 421. -Citigroup | | | | | Sold (part) | 10/26/11 | J | | |
| 422. -Wells Fargo | | | | | Sold (part) | 10/26/11 | J | | |
| 423. -Gilead Sciences | | | | | Buy | 12/08/11 | J | | |
| 424. -SPDR S&P Dividend ETF | | | | | Buy | 12/09/11 | L | | |
| 425. -SPDR S&P Dividend ETF | | | | | Buy (add'l) | 12/14/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.   -Air Prods & Chems | | | | | Buy | 12/16/11 | J | | |
| 427.   -Weight Watchers | | | | | Buy | 12/16/11 | J | | |
| 428.   -Marsh & McLennan | | | | | Buy | 12/21/11 | J | | |
| 429.   -PIMCO Commodity RealReturn FD | | | | | Redeemed | 12/07/11 | K | | |
| 430.   -Celegene | | | | | Sold | 12/08/11 | J | A | |
| 431.   -Vanguard MSCI Emerging Markets ETF | | | | | Sold | 12/09/11 | L | | |
| 432.   -Invesco Ltd. | | | | | Sold (part) | 12/14/11 | J | | |
| 433.   -Citigroup | | | | | Sold (part) | 12/14/11 | J | | |
| 434.   -Ferro | | | | | Sold | 12/14/11 | J | | |
| 435.   -General Mtrs | | | | | Sold | 12/14/11 | J | | |
| 436.   -Morgan Stanley | | | | | Sold (part) | 12/14/11 | J | | |
| 437.   -New Oriental Ed & Tech | | | | | Sold | 12/14/11 | J | | |
| 438.   -Peabody Energy | | | | | Sold (part) | 12/14/11 | J | | |
| 439.   -ROVI Corp | | | | | Sold | 12/14/11 | J | | |
| 440.   -Skyworks Solutions | | | | | Sold | 12/14/11 | J | | |
| 441.   -Thermo Fisher Scientific | | | | | Sold | 12/14/11 | J | | |
| 442.   -Vale SA ADR | | | | | Sold (part) | 12/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 35

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/15/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Weyerhaeuser | | | | | Sold | 12/14/11 | J | | |
| 444. -Ferro | | | | | Sold | 12/16/11 | J | | |
| 445. -ACE Ltd. | | | | | Sold | 12/21/11 | J | | |
| 446. -SPDR S&P 500 ETF | | | | | Sold (part) | 12/21/11 | J | | |
| 447. US Trust managed IRA Rollover Account (no control) | D | Int./Div. | O | T | | | | | See note in part VIII |
| 448. -BofA Money Market Savings | | | | | | | | | |
| 449. -Col Blended Equity FD CL Z | | | | | Sold | 01/11/11 | K | | |
| 450. -Col Dividend Income FD CL Z | | | | | | | | | |
| 451. -Col Select Large Cap Growth FD CL Z | | | | | Buy (add'l) | 01/11/11 | J | | |
| 452. -Col Vlaue & Restr. FD CL Z | | | | | Buy (add'l) | 01/11/11 | J | | |
| 453. -Col Select Small Cap FD CL Z | | | | | | | | | |
| 454. -IShares MSCI Emerging Mkts FD | | | | | | | | | |
| 455. -Col Short Term Bond FD CL Z | | | | | Redeemed | 01/11/11 | M | | |
| 456. -Pimco Commodity Realreturn Strategy FD | | | | | | | | | |
| 457. -Bank of NY Med. Term SR NT | | | | | Buy | 01/13/11 | L | | |
| 458. -Berkshire Hathaway | | | | | Buy | 01/13/11 | K | | |
| 459. -Wal-Mart | | | | | Buy | 01/13/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 35

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  Paul Hastings 401(k) (no control) | A | Interest | | | Closed | 03/03/11 | M | | See note in part VIII |
| 461.  US Trust IRA (no control) | B | Int./Div. | M | T | | | | | See note in part VIII |
| 462.  -BofA Money Market Account | | | | | Open | 03/03/11 | M | | |
| 463.  -J Hancock Regional Bank FD | | | | | Open | 03/11/11 | K | | |
| 464.  -US Treasury Strips | | | | | Open | 03/16/11 | K | | |
| 465.  -BofA Money Market Account | | | | | Open | 03/21/11 | L | | |
| 466.  -Col Select Large Cap Growth FD | | | | | Buy | 05/12/11 | L | | |
| 467.  -SPDR S&P ETF | | | | | Buy | 05/16/11 | L | | |
| 468.  -John Hancock Regional Bank FD | | | | | Redeemed | 11/10/11 | K | | |
| 469.  -SPDR S&P Dividend | | | | | Buy | 11/15/11 | K | | |
| 470.  FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 471.  ML CMA money account #x | A | Interest | | | Closed | 03/21/11 | L | | See Note in part VIII |
| 472.  J Hancock Financial INDS FD | | None | | | Sold | 05/31/11 | J | | |
| 473.  Blackrock Global Growth A | | None | | | Sold | 05/31/11 | J | | |
| 474.  Blackrock Capital | | None | | | Sold | 05/31/11 | J | | |
| 475.  ML Retirement Reserves Account 1 | A | Interest | | | Closed | 03/21/11 | K | | See Note in part VIII |
| 476.  US Treas Strips | | None | | | Closed | 03/16/11 | K | | See Note in part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 35

Name of Person Reporting

Drain, Robert D.

Date of Report

05/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. J Hancock Regional Bank FD | A | Dividend | | | Closed | 03/11/11 | K | | See Note in part VIII |
| 478. NY 529 savings program #1 | | None | K | T | | | | | |
| 479. NY 529 savings program #2 | | None | K | T | | | | | |
| 480. NY 529 savings program #3 | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 8-446, columns B and C. The U.S. Trust-managed account described on line 8 is held and managed in trust by U.S. Trust as a fiduciary                . It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines . Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able only to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

2. Part VII, lines 447-459, columns B and C. The U.S. Trust-managed IRA rollover account described in line 447 is held and managed in trust by U.S. Trust as a fiduciary for me with respect to the rollover of my former pension and 401(k) accounts. As with the account described on line 8 of Part VII and above, I have no discretion with respect to any of the individual assets in the account, which are listed in lines 448-459, with the exception of of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

3. Part VII, line 460. This 401(k) account is reported in accordance with the method for reporting trust assets in the filing instructions, as             had no discretion with respect to any of the individual assets in the account but is able only to periodically change risk categories. The account was rolled over into the U.S. Trust-managed IRA account described in line 461 during 2011.

4. Part VII, lines 461-469, columns B and C. The U.S. Trust-managed IRA rollover account described in line 461 is held and managed in trust by U.S. Trust as a fiduciary for           with respect to the rollover of           ormer 401(k) account described in line 460. As with the accounts described on lines 8 and 447,        has no discretion with respect to any of the individual assets in the account, which are listed in lines 462-469, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

5. Part VII, lines 471, 475, 476 and 477. These assets were transferred by            into the U.S. Trust-managed IRA account described in line 461 and are reported there.

5. In Part VII of my 2010 Financial Disclosure Report, I listed the following securities as being only partially sold when, in fact, they were completely sold on the dates set forth and for the gain as reported: line 86, Genco Shipping; line 187, Archer Daniels Midland; line 188, Wal-Mart; line 190, DirecTV; line 212, Baxter Intl. This consitutes a correction and amendment of my 2010 Financial Disclosure Report.

**FINANCIAL DISCLOSURE REPORT**

Page 35 of 35

Name of Person Reporting

Drain, Robert D.

Date of Report

05/15/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY
JUDGE

(914) 390-4155

October 1, 2012

Judicial Conference of the United States
   Committee on Financial Disclosure
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Supplement to 2011 Financial Disclosure Report

Ladies and Gentlemen:

I am writing in response to Judge Joseph H. McKinely, Jr.'s August 30, 2012 letter regarding my 2011 financial disclosure report dated May 15, 2012 (the "2011 Report").

First, let me apologize for not submitting this letter in the on-line FiDo form requested.  I spent over two hours on FiDo trying to amend my 2011 Report and submit it on-line in response to Judge McKinley's letter.  I succeeded only in deleting the amendable form of my 2011 Report, which means that I must either re-do the report in full, including having our computer support people help me to import the form in the first place, or sending you this letter. I've chosen the latter approach.  If that is insufficient, please let me know.

Judge McKinley's letter inquires about seven transactions in my "US Trust Managed Common Account" on my 2011 Report that are inconsistent with my reporting of my "US Trust Managed Common Account" in my 2010 financial disclosure report.  These transactions were incorrectly reported in my 2011 Report and should be corrected as follows:

1. Part VII, page 10, line 97 of my 2011 Report should report the purchase of shares of "Quanta SVCS" as "Buy" not "Buy (add'l)".

2. Part VII, page 28, line 392 of my 2011 Report should report the purchase of shares of "Covidien" as "Buy" not "Buy (add'l)".

3. Part VII, page 26, line 361 of my 2011 Report should report the purchase of shares of "Electronic Arts" as "Buy" not "Buy (add'l)".

4. Part VII, page 17, line 219 of my 2011 Report should report the purchase of "Isoftstone Hldgs ADS" as "Buy" not "Buy (add'l)".

5.  Part VII, page 20, line 266 of my 2011 Report should report the purchase of "HSBC Hldgs" as "Buy" not "Buy (add'l)".

6.  Part VII, page 21, line 289 of my 2011 Report should report the purchase of "Invesco Ltd." as "Buy" not "Buy (add'l)".

7.  Part VII, page 26, line 359 of my 2011 Report should report the purchase of "AT&T" as "Buy" not "Buy (add'l)".

Judge McKinley's letter also notes that I listed "ML CMA money account #2" in my 2010 financial disclosure report but not in my 2011 report. This is because we fully drew down on this account during 2011. Part VIII of my 2011 Report should be amended to reflect this notation.

Finally, Judge McKinley's letter notes that my 2011 Report's disclosure of the three New York Sec. 529 educational savings plans in Part VII, page 33, lines 478, 479 and 480 (the "529 Plans") was deficient (although this was how they were reported in my 2010 financial disclosure report), because it did not disclose the degree of control that I have over such plans and, if such plans are "self-directed," the transactions in those plans. Part VII, page 33, lines 478, 479 and 480 of my 2011 Report should be corrected to add the words "no control" in column A for each of the 529 Plan entries on those lines. Part VIII of my Report also should be amended to include the following note: "Part VII, page 33, lines 478, 479 and 480: neither I nor anyone in my family have any control over the investments in these New York Sec. 529 educational savings plan, with the exception of designating the general portfolio option, which in each case is "Moderate Age-Based Option: Income Portfolio."

Please note that the foregoing also was the case for the three 529 Plans reported in my 2010 financial disclosure report.

Please consider my 2011 Report amended accordingly.

Very truly yours,

Robert D. Drain
United States Bankruptcy Judge